IRVING S. MARKS, Appellant, *v.* PROVIDENT MUTUAL LIFE INSURANCE COMPANY OF PHILADELPHIA et al., Respondents.

Submitted February 21, 1949; decided March 3, 1949.

*Harry A. Gottlieb* for motion.

*Kenneth S. MacAffer, Edmund A. Koblenz* and *Sol Rubenstein,* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.